# EXHIBIT 1

Case 1:20-cr-00260-TSC   Document 36-1   Filed 02/19/22   Page 1 of 2

01/__/2021

RE: Mr. Kenneth Wayne DeBerry

To whom this letter may concern, Honorable Judge,

I am writing this letter on behalf of Mr. Kenneth Wayne DeBerry, whom I have had the pleasure of supervising for three years at various work sites. Mr. DeBerry would always display credible work ethic, in addition to being an outstanding role model and contributor in his community. He has participated in various non-profit donation events, such as: Food, clothing, toys, etc. for those in need, during this pandemic. Mr. DeBerry is currently employed with ▮▮▮▮▮▮▮▮▮▮, and ▮▮▮▮▮▮ and I am certain this unfortunate situation will damage that. So, I write this letter in faith that it will help enlighten you on the kind, compassionate, and hard-working person he is. It is in my belief, that if given a second chance, Mr. DeBerry will continue to be an outstanding citizen, and a pillar to his community.

If you have any questions or concerns, regarding this letter, feel free to contact me:

